**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FARRAH KELLY,

   Plaintiff,

  v.

JOSHUA BELL, JUSTIN SNYDER, and
CITY OF WILLIAMSPORT,

   Defendants.

No. 4:22-CV-01940

(Chief Judge Brann)

## ORDER

**APRIL 28, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss (Doc. 7) is **GRANTED IN PART**, **DENIED IN PART** as follows:

1. The motion to dismiss as to Count I (Fourth Amendment) and Count II (*Monell* claim) is **GRANTED WITH PREJUDICE.**

2. The motion to dismiss as to Count III (Fifth Amendment) is **DENIED**.

3. Consistent with Federal Rule of Civil Procedure 12, the Defendants are directed to file an Answer by May 12, 2023.

     BY THE COURT:


     *s/ Matthew W. Brann*
     Matthew W. Brann
     Chief United States District Judge