IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FARRAH KELLY,<br>    Plaintiff | No. 4:22cv1940 |
| v. | (Judge Munley) |
| JOSHUA BELL, JUSTIN SNYDER,<br>and CITY OF WILLIAMSPORT,<br>    Defendants | |
| and | |
| CHRISTOPHER SALISBURY and<br>CITY OF WILLIAMSPORT,<br>    Consolidated Defendants | |

## ORDER

**AND NOW**, to wit, this 13th day of December 2024, upon consideration of Defendants Christopher Salisbury and City of Williamsport motion to dismiss, (Doc. 28), it is hereby **ORDERED** that:

1) The motion is **GRANTED** as to Count III of Plaintiff Farrah Kelly's complaint against these defendants (Doc. 35);

2) Defendants' motion is otherwise **DENIED**; and

3) The issue of Defendant Salisbury's qualified immunity is deferred until the time of summary judgment.

Date: 12/13/24

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court