## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FARRAH KELLY,                          :     No. 4:22cv1940
      Plaintiff                     :
                                                     :     (Judge Munley)
      v.                            :
                                                     :
JOSHUA BELL, JUSTIN SNYDER,             :
and CITY OF WILLIAMSPORT,               :
      Defendants                    :
                                                     :
and                                    :
                                                     :
CHRISTOPHER SALISBURY and               :
CITY OF WILLIAMSPORT,                   :
      Consolidated Defendants       :

### ORDER

    **AND NOW**, to wit, this 30th day of September 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff's motion for partial summary judgment, (Doc. 42), is **DENIED**;

2) Defendants' motion for summary judgment, (Doc. 46), is **GRANTED**;

3) The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff; and

4) The Clerk of Court is also directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court